# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
# 24-20008-CR-WILLIAMS/GOODMAN
### CASE NO. _____

18 U.S.C. § 2423(b)
18 U.S.C. § 2428

FILED BY _____ MP _____ D.C.

Jan 18, 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**UNITED STATES OF AMERICA**

**vs.**

**MICHAEL KARL GEILENFELD,**

   **Defendant.**

_____/

## INDICTMENT

The Grand Jury charges that:

**Traveling in Foreign Commerce with the Purpose of Engaging in Illicit Sexual Conduct**
**18  U.S.C. § 2423(b)**

Between in or around November 2006, and continuing through in or around December 2010, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**MICHAEL KARL GEILENFELD,**

a United States citizen, did travel in foreign commerce from the United States, that is, Miami International Airport in Miami, Florida, to Haiti, for the purpose of engaging in any illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with another person under 18 years of age, in violation of Title 18, United States Code, Section 2423(b).

## FORFEITURE ALLEGATIONS

1.  The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the Defendant, **MICHAEL KARL GEILENFELD,** has an interest.

2.     Upon conviction of a violation of Title 18, United States Code, Section 2423, as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation and any property, real or personal, constituting or derived from any proceeds traceable to such violation, pursuant to Title 18, United States Code, Section 2428.

All pursuant to Title 18, United States Code, Section 2428, and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461.

A TRUE BILL

███████████████████

FOREPERSON

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

LACEE ELIZABETH MONK
ASSISTANT UNITED STATES ATTORNEY

JESSICA URBAN
TRIAL ATTORNEY
CHILD EXPLOITATION AND OBSCENITY SECTION

EDUARDO PALOMO
TRIAL ATTORNEY
CHILD EXPLOITATION AND OBSCENITY SECTION

Case No. 1:24-mj-00012-MEH   Document 1   filed 01/22/24   USDC Colorado   pg 3 of 4
Case 1:24-cr-20008-KMW *SEALED*   Document 3   Entered on FLSD Docket 01/19/2024   Page 3
of 4

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**                    **CASE NO.:** _____

**v.**

Michael Karl Geilenfeld,                        **CERTIFICATE OF TRIAL ATTORNEY**

_____/                **Superseding Case Information:**
Defendant.                                        New Defendant(s) (Yes or No) _____

**Court Division** (select one)                  Number of New Defendants ____
☒ Miami   ☐ Key West   ☐ FTP                    Total number of counts ____
☐ FTL   ☐ WPB

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3.  Interpreter: (Yes or No) Yes ____
    List language and/or dialect: Creole _____

4.  This case will take 6-10 days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

    (Check only one)                (Check only one)
    I    ☐ 0 to 5 days              ☐ Petty
    II   ☒ 6 to 10 days             ☐ Minor
    III  ☐ 11 to 20 days            ☐ Misdemeanor
    IV   ☐ 21 to 60 days            ☒ Felony
    V    ☐ 61 days and over

6.  Has this case been previously filed in this District Court? (Yes or No) No ____
    If yes, Judge _____ Case No. _____
7.  Has a complaint been filed in this matter? (Yes or No) No ____
    If yes, Magistrate Case No. _____
8.  Does this case relate to a previously filed matter in this District Court? (Yes or No) No ____
    If yes, Judge _____ Case No. _____
9.  Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No ____
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No ____
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No ____
15. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No ____

By: _Lacee Elizabeth Monk_ _____
Lacee Elizabeth Monk
Assistant United States Attorney
FL Bar No.      100322

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name:**  **Michael Karl Geilenfeld**_____

**Case No:**  _____

Count #: 1

Traveling in Foreign Commerce with the Purpose of Engaging in Illicit Sexual Conduct

Title 18, United States Code, Section 2423(b)

* **Max. Term of Imprisonment:** Thirty (30) years
* **Mandatory Min. Term of Imprisonment:** None
* **Max. Term of Supervised Release:** Life
* **Mandatory Min. Term of Supervised Release:** Five (5) years
* **Max. Fine:**  $250,000

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**