AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| Michael Karl Geilenfeld, | ) Case No. **24-20008-CR-WILLIAMS/GOODMAN** |
| | ) |
| | ) |
| Defendant. | ) |

FILED BY _____ **Mp** _____ D.C.

**Jan 18, 2024**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Michael Karl Geilenfeld,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Traveling in Foreign Commerce with the Purpose of Engaging in Illicit Sexual Conduct, in violation of 18 U.S.C. § 2423(b).

Date: 01/18/2024

*Michelle Paschal*
Issuing officer's signature

City and state: Miami, Florida

Angela E. Noble, Clerk of Court / Court Administrator
Printed name and title

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By ___Michelle Paschal___
Deputy Clerk
Date **Jan 18, 2024**

_____
Arresting officer's signature

_____
Printed name and title