# Ex. 1

Case No. 1:24-mj-00012-MEH   Document 14-1   filed 01/31/24   USDC Colorado   pg 2 of 5
Case 2:13-cv-00039-JAW   Document 452   Filed 07/19/15   Page 1 of 196   PageID #: 4663

1

```
 1                 UNITED STATES DISTRICT COURT

 2                      DISTRICT OF MAINE

 3     _____

 4     HEARTS WITH HAITI, et al.,      CIVIL ACTION

 5             Plaintiffs        Docket No:  2:13-00039-JAW

 6

 7        -versus-

 8                                     VOLUME VII

 9     PAUL KENDRICK,

10             Defendant
       _____
11
                    Transcript of Proceedings
12

13     Pursuant to notice, the above-entitled matter came on
       for Jury Trial held before THE HONORABLE JOHN A.
14     WOODCOCK, JR., United States District Court Judge, in
       the United States Bankruptcy Court, 537 Congress
15     Street, Portland, Maine, on the 14th day of July 2015
       at 8:35 a.m. as follows:
16

17     Appearances:

18     For the Plaintiffs:   Peter J. DeTroy, III, Esquire
                             Devin W. Deane, Esquire
19

20     For the Defendant:  F. David Walker, IV, Esquire
                           Brent A. Singer, Esquire
21                         Matthew M. Cobb, Esquire

22
                    Lori D. Dunbar, RMR, CRR
23                  Official Court Reporter

24             (Prepared from manual stenography and
                   computer aided transcription)
25
```

Case No. 1:24-mj-00012-MEH   Document 14-1   filed 01/31/24   USDC Colorado   pg 3 of 5
Case 2:13-cv-00039-JAW   Document 452   Filed 07/19/15   Page 2 of 196   PageID #: 4664

2

**I N D E X**

| Witness | Direct | Cross | Redirect | Recross |
|---|---|---|---|---|
| Michael Geilenfeld | 3 | 54 | 159 | -- |
| Sally Bates (by video) | 180 | | | |

**E X H I B I T S**

| Number | Description | Page/Admit |
|---|---|---|
| 142B | Report of Investigation | 165 |
| 191 | Photograph | 29 |
| 194 | Photograph | 29 |
| 195 | E-mail from Kendrick, 2/19/14 | 10 |
| 212 | Haitian Complaint, 2/11/14 | 18 |
| 352 | Photograph | 29 |
| 519A | E-mail chain ending 6/20/11 | 181 |
| 541 | Report of Investigation | 150 |
| 543 | Letter to Geilenfeld, 2/8/84 | 144 |
| 549 | Newsletter, 1/96 | 60 |
| 651 | E-mail from Geilenfeld, 12/6/11 | 131 |
| 702 | Letter from Geilenfeld | 72 |

**SIDEBAR CONFERENCES**

7, 11, 27, 49, 68, 75, 97, 111, 133, 147, 162, 175, 181

**CHAMBERS CONFERENCES**

184

Case No. 1:24-mj-00012-MEH   Document 14-1   filed 01/31/24   USDC Colorado   pg 4 of 5
Case 2:13-cv-00039-JAW   Document 452   Filed 07/19/15   Page 55 of 196   PageID #: 4717

55

```
 1    A.    Yes.
 2    Q.    Could you please take a look at Page 16?
 3    A.    Um-hum.
 4    Q.    Do you recall at your deposition you were under
 5    oath?
 6    A.    Yes.
 7    Q.    And I asked you that question, and your answer
 8    was that's correct; isn't that right?
 9    A.    He has never -- he has never written that I am a
10    homosexual.  That's correct.
11    Q.    Or otherwise attacked you in any way for your
12    sexual orientation?
13    A.    I felt in some of his e-mails, he was insinuating
14    that I was homosexual.
15    Q.    Just so the record is clear, allegations of child
16    abuse have been made against you in 1987, 1990, 1995,
17    2004, 2006, and 2007.  Does that sound right?
18    A.    That does sound correct.
19    Q.    And none of those allegations had anything to do
20    with Paul Kendrick; isn't that right?
21    A.    Only 19 -- excuse me, only 2011.
22    Q.    Correct.  So '87, '90, '95, 2004, 2006, and 2007
23    had nothing to do with Paul Kendrick?
24    A.    That would be correct.
25    Q.    Can you tell the jury how many young men over the
```

Case No. 1:24-mj-00012-MEH   Document 14-1   filed 01/31/24   USDC Colorado   pg 5 of 5
Case 2:13-cv-00039-JAW   Document 452   Filed 07/19/15   Page 196 of 196   PageID #: 4858

196

```
 1
 2                    C E R T I F I C A T I O N
 3    I, Lori D. Dunbar, Registered Merit Reporter, Certified
 4    Realtime Reporter, and Official Court Reporter for the
 5    United States District Court, District of Maine,
 6    certify that the foregoing is a correct transcript from
 7    the record of proceedings in the above-entitled matter.
 8    Dated:   July 18, 2015
 9              /s/ Lori D. Dunbar
10              Official Court Reporter
```