# Ex. 2

```
 1                 Deposition of Michael K. Geilenfeld
 2                       September 14, 2022
 3
 4            MR. JAY:  All right.  This will be the
 5   deposition of Michael Geilenfeld for purposes of
 6   cross-examination and all purposes under the Civil
 7   Practice Act.
 8            I assume we'll reserve objections as to the
 9   form of the question and responsiveness of the answer
10   until the time of the first use.
11            MR. TATE:  That's satisfactory.  You need to
12   give an oral answer like I just did.
13            THE WITNESS:  Yes.
14            MR. TATE:  What I'm going to do about reading
15   and signing is just reserve that.
16            MR. JAY:  Okay.
17            MR. TATE:  I'll probably waive it.
18            MR. JAY:  Right.
19            MR. TATE:  You never know.
20            MR. JAY:  Understood.
21            MR. TATE:  I'll probably waive it.
22            MR. JAY:  Right.
23            MR. TATE:  But you never know what's going to
24   happen.  I waive it 99 percent of the time.
25            MR. JAY:  Okay.
```

1      A    That is true.

2      Q    Okay.  Other than the grocery store, you have

3  not had full employment nor have you sought employment?

4      A    That is also true.

5      Q    Okay.  And it's true that you haven't gone

6  out and sought a job in Littleton, Colorado or that

7  area where someone says, we're not going to hire you

8  but for what we read about you on the Internet or but

9  for what Ms. Dirksen alleged?

10     A    I have not looked for a job.  I haven't

11 needed to look for a job.  My finances -- if I have any

12 finances, like, for example, my money that I would have

13 personally that I have inherited or anything like that,

14 I put into the mission.

15          So now I'm in limbo so I have no life,

16 basically, you know.  All of my efforts every day is to

17 keep working to get back to the Dominican Republic

18 because that is my wealth, that is my life, that is

19 everything.

20          So by taking me away from that mission, she

21 impoverishes me; right?  So my idea of wealth is not

22 necessarily money, but it is my whole life; right?  So

23 I need that money.

24          And in order to survive myself, I do take a

25 loan from Brian Geilenfeld, which is my personal loan.

```
 1   into St. Joseph's and he went to try to slash the
 2   throat of ████, who was sitting there.  He didn't
 3   succeed at that.  He was totally out of his mind.
 4           Then he encountered child ████ coming at him
 5   and he stabbed child ████.  Child ████ was taken to the
 6   hospital.  He was -- Subject 2 was arrested and put in
 7   prison and later released.
 8       Q   Okay.  But having a much stronger affinity, a
 9   connection to this orphanage in the DR, you have no
10   reservations about Subject 2 being the director?
11       A   He's proven himself; yeah.  He had associated
12   with some bad people.  You take any of our kids, you
13   know, we work with kids who live on the streets who,
14   for survival, are getting involved in drugs and
15   stealing and stuff like that.  It takes a while to turn
16   that around.  They don't just turn around overnight.
17           When you show them trust and work with them,
18   they can change.  He's made a total change.  I mean, I
19   trust him totally to run the mission in the DR.
20       Q   What do you understand the status is of your
21   passport?  Are you allowed to travel to foreign
22   countries?
23       A   I don't know what that Interpol thing does
24   but I have a passport.
25       Q   Okay.  It hasn't been surrendered?
```

1      A     Yes, it was surrendered to that Judge Michael
2   something.  Whatever his name is.
3      Q     It was returned?
4      A     Oh, no.  I got a new passport.
5      Q     You got a new passport.
6      A     If you lose your passport in a foreign
7   country, or whatever, you just go to the embassy and
8   say, I lost my passport and I need a new passport.
9      Q     Okay.  Just so I understand real quick, we've
10  talked about the in DR which you contend is a trial or
11  a hearing in which you contend --
12     A     In the DR?
13     Q     Yes.
14     A     I didn't go to any trial.  I didn't even see
15  a judge.  I asked them, I want to see a judge.  I want
16  to see paperwork that authorizes you to arrest me.
17     Q     All right.  I misspoke.
18     A     There was no trial in the DR.
19     Q     Sure.  Let's go back to Haiti -- excuse me --
20  where we referred to the proceeding in front of Judge
21  Roosevelt, where you understood, at least, that that
22  brought closure to this matter and ended it.
23           How did you return to the U.S.?
24     A     I went to -- I took a bus, entered the DR and
25  flew out of the DR with my passport.

107

1  CERTIFICATE OF REPORTER

2

3      I, Pam Hope, Certified Shorthand Reporter for the State
4  of Georgia, do hereby certify that the foregoing was reported
5  by stenographic and mechanical means, which matter was held
6  on the date and at the time and place set out on the title
7  page hereof, and that the foregoing constitutes a true and
8  accurate transcript of the same.
9      I further certify that I am not related to any of the
10 parties, nor am I an employee of or related to any of the
11 attorneys representing the parties, and I have no financial
12 interest in the outcome of this matter.
13     I have hereunder subscribed my hand on the 23rd day of
14 September 2022.
15
16     _____
17     PAM HOPE, RPR B-1988
18
19
20
21
22
23
24
25