# Ex. 3

(394)



# LIBERTE        EGALITE        FRATERNITE
## République d'Haïti
## AU NOM DE LA LOI
## Mandat D'amener

Le Commissaire du Gouvernement Près le Tribunal de Première Instance

de ...P.A.u.P........ Requiert le Responsable du Commissariat de Police ..Pétion-Ville....

de prendre les mesures nécessaires aux fins de rechercher, conduire et amener devant lui au

parquet de ce ressort se conformant à la loi le (la) nommé (e) ..Michael Geilenfeld..

...................................demeurant et domicilié (e) à ...Delmas 91...

prévenu (e) de ..Viol, agression sexuelle et usurpation de titre..

Au préjudice de ..████████████████████████████.. et consorts

fait prévu et puni par les dispositions du code pénal en son (ses) articles ..278 CP et 282 CP..

Parquet de ..Port au Prince.. le ..29 Octobre.. 20.15

Le Commissaire du Gouvernement                Le Substitut / Commissaire

Jean ████████████████

Komisè Gouvènman Tribunal Sivil ..Potoprens.... la mande responsab

Komisarya Polis ..Petyonvil.... pou pran mesi ki nesesè pou chache kondwi e

mennen davan li nan Pakè ..Potoprens.. nan respè la lwa moun ki rele ..Michael

Geilenfeld..........li rete ..Delmas 91..

Pou tèt li fè ..Kadouk█████ epi lè pran tèt.. kont moun ki rele

████████████.. et consorts.. zak ki prevwa e pini pa atik ..278, 282 CP.. kòd penal la.

Pakè ..Potoprens.. dat ..29 Oktòb.. 2015

Komisè Gouvenman an                           Sibstiti / Komisè a