# Ex. 4



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

| 01/16/2020 10:36 EST | Generated By: ▮▮▮▮▮▮ | Page 1 of 8 |
|---|---|---|

| Common Search Criteria ||||
|---|---|---|---|
| Encounter Start Date | Encounter End Date | Encounter Start Time | Encounter End Time |
| 01/01/2001 | 01/07/2020 | 00:00 | 23:59 |
| Site Code | Terminal/Lane | Inspector ID Code | Inbound-Outbound Indicator |
|  |  |  |  |

| Person Search Criteria |||||
|---|---|---|---|---|
| Last Name | First Name | Encounter Line Type | Date Of Birth | Document Country Code |
| GEILENFELD* | MICHAEL |  | ▮▮/1952 |  |
| Stolen Document Search | Document Number From | Document Number To | Carrier Code | Flight/Vessel Number | Gender | Citizenship |
| Not Selected |  |  |  |  |  |  |

| Person Filter Criteria ||||
|---|---|---|---|
| Last Name | First Name | Birth Date From | Birth Date To |
|  |  |  | / / |
| Encounter Date Earliest | Encounter Date Latest | Encounter Time | Carrier Code | Carrier Number | Inbound-Outbound Direction |
|  | / / |  |  |  |  |
| Encounter Site Location | Inspector ID | Encounter Lane Type | Passenger Status | Agency Referred To | HitInd |
|  |  |  |  |  |  |

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GEILENFELD | MICHAEL KARL | ▮▮1952 | P | ▮▮▮ | 12/21/2019 22:30 | UA | 1934 | I | A534 | ▮▮▮ | APIS | ON BOARD | CUSTOMS | IAH | PUJ |
| GEILENFELD | MICHAEL KARL | ▮▮1952 |  | ▮▮▮ | 12/21/2019 00:00 | UA | 1933 | O |  |  | APIS | NOT ON BOARD |  | PUJ | IAH |
| GEILENFELD | MICHAEL | ▮▮1952 | P | ▮▮▮ | 05/08/2019 09:29 | AA | 1317 | I | A520 | ▮▮▮ | APIS | ON BOARD | MANY | MIA | PUJ |
| GEILENFELD | MICHAEL KARL | ▮▮1952 | P | ▮▮▮ | 05/07/2019 17:39 | AA | 2593 | O | A520 | ▮▮▮ | APIS |  |  | PUJ | MIA |
| GEILENFELD | MICHAEL | ▮▮1952 | P | ▮▮▮ | 05/07/2019 00:00 | AA | 1971 | O |  |  | APIS | NOT ON BOARD |  | PUJ | CLT |
| GEILENFELD | MICHAEL KARL | ▮▮1952 | P | ▮▮▮ | 04/17/2019 18:28 | DL | 901 | I | A471 | ▮▮▮ | APIS | ON BOARD | INS | JFK | SDQ |
| GEILENFELD | MICHAEL KARL | ▮▮1952 |  | ▮▮▮ | 04/12/2019 00:00 | DL | 985 | I |  |  | APIS | NOT ON BOARD |  | JFK | SDQ |
| GEILENFELD | MICHAEL KARL | ▮▮1952 | P | ▮▮▮ | 01/10/2017 00:00 | UA | 1663 | O |  | Name No Name N | APIS | ON BOARD |  | PUJ | ORD |
| GEILENFELD | MICHAEL | ▮▮1952 | P | ▮▮▮ | 03/06/2016 17:54 | DL | 324 | I | A171 | APC TE AUTOMATED PASSPORT CONTROL A | APIS | ON BOARD |  | ATL | SDQ |

**For Official Use Only / Law Enforcement Sensitive**



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

01/16/2020 10:36 EST          Generated By: ▮          Page 2 of 8

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GEILENFELD | MICHAEL | 1952 | P | | 02/28/2016 00:00 | AA | 987 | O | | Name No Name N | APIS | ON BOARD | | SDQ | MIA |
| GEILENFELD | MICHAEL | 1952 | P | | 02/23/2016 18:19 | AA | 535 | I | A263 | APC AUTOMATED PASSPORT CONTROL P | APIS | ON BOARD | | PHX | SJD |
| GEILENFELD | MICHAEL | 1952 | P | | 02/09/2016 00:00 | AA | 534 | O | | Name No Name N | APIS | ON BOARD | | SJD | PHX |
| GEILENFELD | MICHAEL | 1952 | P | | 11/27/2015 12:25 | AA | 1026 | I | A520 | APC AUTOMATED PASSPORT CONTROL M | APIS | ON BOARD | | MIA | SDQ |
| GEILENFELD | MICHAEL | 1952 | P | | 07/25/2015 00:00 | B6 | 1709 | O | | Name No Name N | APIS | ON BOARD | | PAP | FLL |
| GEILENFELD | MICHAEL KARL | 1952 | P | | 06/09/2015 10:51 | AA | 1154 | I | A520 | ▮ | APIS | ON BOARD | | MIA | SDQ |
| GEILENFELD | MICHAEL | 1952 | P | | 08/13/2014 00:00 | DL | 685 | O | | Name No Name N | APIS | ON BOARD | | PAP | ATL |
| GEILENFELD | MICHAEL | 1952 | P | | 08/10/2014 16:51 | DL | 684 | I | A174 | APC TF AUTOMATED PASSPORT CONTROL A | APIS | ON BOARD | | ATL | PAP |
| GEILENFELD | MICHAEL | 1952 | P | | 05/20/2014 00:00 | AA | 1665 | O | | Name No Name N | APIS | ON BOARD | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | | 05/18/2014 11:41 | AA | 377 | I | A520 | APC AUTOMATED PASSPORT CONTROL M | APIS | ON BOARD | | MIA | PAP |
| GEILENFELD | MICHAEL | 1952 | P | | 03/01/2014 00:00 | AA | 1665 | O | | Name No Name N | APIS | ON BOARD | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | | 02/28/2014 00:00 | AA | 201 | O | | Name No Name N | APIS | NOT ON BOARD | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | | 02/24/2014 12:21 | AA | 377 | I | A520 | APC AUTOMATED PASSPORT CONTROL M | APIS | ON BOARD | | MIA | PAP |
| GEILENFELD | MICHAEL KARL | 1952 | P | | 01/21/2014 00:00 | AA | 377 | O | | Name No Name N | APIS | ON BOARD | | PAP | MIA |
| GEILENFELD | MICHAEL KARL | 1952 | P | | 01/20/2014 19:20 | BA | 209 | I | A520 | APC AUTOMATED PASSPORT CONTROL M | APIS | ON BOARD | | MIA | LHR |
| GEILENFELD | MICHAEL | 1952 | P | | 01/17/2014 19:41 | AA | 201 | I | A520 | APC AUTOMATED PASSPORT CONTROL M | APIS | ON BOARD | | MIA | PAP |
| GEILENFELD | MICHAEL KARL | 1952 | P | | 01/17/2014 00:00 | BA | 204 | O | | Name No Name N | APIS | ON BOARD | | LHR | MIA |

**For Official Use Only / Law Enforcement Sensitive**



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

01/16/2020 10:36 EST                Generated By: ▮▮▮▮                Page 3 of 8

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GEILENFELD | MICHAEL | /1952 | P | | 10/09/2013 00:00 | AA | 1665 | I | | Name No Name N | APIS | NOT ON BOARD | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | | 01/28/2013 00:00 | AA | 377 | O | | Name No Name N | APIS | | | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | | 01/27/2013 00:00 | AA | 1462 | I | A52B | Name No Name N | APIS | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | | 09/17/2011 00:00 | AA | 813 | O | | Name No Name N | APIS | | | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | | 08/30/2011 13:16 | AA | 1988 | I | A522 | ▮▮▮ | APIS | | | FLL | PAP |
| GEILENFELD | MICHAEL | /1952 | P | | 08/07/2011 00:00 | AA | 809 | O | | Name No Name N | APIS | | | STT | |
| GEILENFELD | MICHAEL | /1952 | P | | 08/03/2011 12:03 | AA | 816 | I | A524 | ▮▮▮ | APIS | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | | 05/11/2011 00:00 | AA | 809 | O | | Name No Name N | APIS | | | PAP | MIA |
| GEILENFELD | MICHAEL KARL | /1952 | P | | 04/29/2011 12:00 | AA | 816 | I | A524 | ▮▮▮ | AIRLINE (NOT API) | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | | 04/29/2011 00:00 | AA | 816 | I | ABFT | Name No Name N | APIS | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | | 04/26/2011 00:00 | AA | 377 | O | | Name No Name N | APIS | | | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | | 03/16/2011 15:12 | AA | 822 | I | A524 | ▮▮▮ | APIS | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | | 02/25/2011 00:00 | AA | 1291 | O | | Name No Name N | APIS | | | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | | 02/21/2011 13:07 | AA | 816 | I | A524 | ▮▮▮ | APIS | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | | 12/14/2010 00:00 | AA | 803 | O | | Name No Name N | APIS | | | PAP | MIA |
| GEILENFELD | MICHAEL KARL | /1952 | P | | 12/07/2010 15:35 | AA | 1042 | I | A524 | ▮▮▮ | APIS | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | | 11/07/2010 00:00 | AA | 837 | O | | Name No Name N | APIS | | | PAP | JFK |
| GEILENFELD | MICHAEL | /1952 | P | | 11/04/2010 13:44 | AA | 816 | I | A524 | ▮▮▮ | APIS | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | | 08/09/2010 00:00 | AA | 1729 | O | | Name No Name N | APIS | | | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | | 07/30/2010 15:46 | AA | 1004 | I | A524 | ▮▮▮ | APIS | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | | 05/06/2010 00:00 | AA | 1291 | O | | Name No Name N | APIS | | | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | | 04/29/2010 12:50 | OW | 4807 | I | A492 | ▮▮▮ | APIS | | | SJU | SDQ |

**For Official Use Only / Law Enforcement Sensitive**



# U.S. Customs and Border Protection
# U.S. Department of Homeland Security
## TECS - Person Encounter List

01/16/2020 10:36 EST   Generated By:   Page 4 of 8

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GEILENFELD | MICHAEL | 1952 | P | | 04/23/2010 00:00 | AA | 803 | O | | Name No Name N | APIS | | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | | 04/19/2010 12:14 | AA | 816 | I | A524 | | APIS | | | MIA | PAP |
| GEILENFELD | MICHAEL | 1952 | P | | 02/26/2010 00:00 | AA | 1291 | O | | Name No Name N | APIS | | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | | 02/22/2010 12:21 | AA | 880 | I | A524 | | APIS | | | MIA | PAP |
| GEILENFELD | MICHAEL | 1952 | P | | 01/06/2010 00:00 | AA | 625 | O | | Name No Name N | APIS | | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | | 12/30/2009 15:26 | AA | 866 | I | A524 | | APIS | | | MIA | PAP |
| GEILENFELD | MICHAEL | 1952 | P | | 12/30/2009 00:00 | AA | 866 | I | A52B | Name No Name N | APIS | | | MIA | PAP |
| GEILENFELD | MICHAEL | 1952 | P | | 12/16/2009 00:00 | AA | 625 | O | | Name No Name N | APIS | | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | | 12/10/2009 19:46 | AA | 1908 | I | A524 | | APIS | | | MIA | PAP |
| GEILENFELD | MICHAEL | 1952 | VN | | 12/10/2009 00:00 | AA | 1908 | I | ABFT | Name No Name N | APIS | | | MIA | PAP |
| GEILENFELD | MICHAEL | 1952 | P | | 12/09/2009 00:00 | AA | 1908 | I | ABFT | Name No Name N | APIS | | | MIA | PAP |
| GEILENFELD | MICHAEL KERL | 1952 | P | | 10/13/2009 00:00 | AA | 803 | O | | Name No Name N | APIS | | | PAP | MIA |
| GEILENFELD | MICHAEL KERL | 1952 | P | | 09/25/2009 13:09 | AA | 1988 | I | A522 | | APIS | | | FLL | PAP |
| GEILENFELD | MICHAEL | 1952 | P | | 05/04/2009 00:00 | AA | 803 | O | | Name No Name N | APIS | | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | | 04/23/2009 15:01 | AA | 822 | I | A524 | | APIS | | | MIA | PAP |
| GEILENFELD | MICHAEL | 1952 | P | | 02/26/2009 00:00 | AA | 1291 | O | | Name No Name N | APIS | | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | | 02/20/2009 00:00 | AA | 822 | I | ABFT | Name No Name N | APIS | | | MIA | PAP |
| GEILENFELD | MICHAEL | 1952 | P | | 11/19/2008 00:00 | AA | 803 | O | | Name No Name N | APIS | | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | | 10/31/2008 16:56 | AA | 822 | I | A524 | | APIS | | | MIA | PAP |
| GEILENFELD | MICHAEL KARL | 1952 | P | | 11/15/2007 00:00 | AA | 803 | O | | Name No Name N | APIS | | | PAP | MIA |
| GEILENFELD | MICHAEL KARL | 1952 | P | | 10/31/2007 17:04 | AA | 822 | I | A524 | | APIS | | MANY | MIA | PAP |
| GEILENFELD | MICHAEL | 1952 | P | | 09/25/2007 00:00 | AA | 807 | O | | Name No Name N | APIS | | | PAP | FLL |
| GEILENFELD | MICHAEL | 1952 | P | | 09/11/2007 16:03 | AA | 822 | I | A520 | | APIS | | MANY | MIA | PAP |

**For Official Use Only / Law Enforcement Sensitive**



## U.S. Customs and Border Protection
## U.S. Department of Homeland Security
## TECS - Person Encounter List

01/16/2020 10:36 EST          Generated By: ▮          Page 5 of 8

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GEILENFELD | MICHAEL | /1952 | P | | 09/03/2007 00:00 | AA | 377 | O | | Name No Name N | APIS | | | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | | 08/29/2007 14:34 | AA | 1988 | I | A522 | | APIS | | CUSTOMS | FLL | PAP |
| GEILENFELD | MICHAEL | /1952 | P | | 08/05/2007 00:00 | AA | 1291 | O | | Name No Name N | APIS | | | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | | 08/01/2007 12:42 | AA | 816 | I | A524 | | APIS | | CUSTOMS | MIA | PAP |
| GEILENFELD | MICHAEL KARL | /1952 | P | | 11/06/2006 00:00 | AA | 803 | O | | Name No Name N | APIS | | | PAP | MIA |
| GEILENFELD | MICHAEL KARL | /1952 | P | | 10/25/2006 14:05 | AA | 1988 | I | A522 | | APIS | | | FLL | PAP |
| GEILENFELD | MICHAEL | /1952 | P | | 10/06/2006 00:00 | AA | 803 | O | | Name No Name N | APIS | | | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | | 09/27/2006 15:29 | AA | 822 | I | A524 | | APIS | | | MIA | PAP |
| GEILENFELD | MICHAEL KARL | /1952 | P | | 06/08/2006 00:00 | AA | 803 | O | | Name No Name N | APIS | | | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | | 05/31/2006 13:27 | AA | 816 | I | A524 | | APIS | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | | 05/07/2006 13:03 | AA | 816 | I | A524 | | APIS | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | | 10/28/2005 00:00 | AA | 803 | O | | Name No Name N | APIS | | | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | | 10/09/2005 14:12 | AA | 816 | I | A524 | | APIS | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | | 08/13/2005 00:00 | AA | 807 | O | | Name No Name N | APIS | | | PAP | FLL |
| GEILENFELD | MICHAEL | /1952 | P | | 08/03/2005 18:44 | AA | 1908 | I | A520 | | APIS | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | | 12/01/2004 00:00 | AA | 377 | O | | Name No Name N | APIS | | | PAP | MIA |
| GEILENFELD | MICHAEL KARL | /1952 | P | | 10/23/2004 00:00 | AA | 377 | O | | Name No Name N | APIS | | | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | | 10/08/2004 12:41 | AA | 1646 | I | A524 | | APIS | | | MIA | PAP |
| GEILENFELD | MICHAEL KARL | /1952 | P | | 09/06/2004 00:00 | AA | 657 | O | | Name No Name N | APIS | | | PAP | JFK |
| GEILENFELD | MICHAEL KARL | /1952 | P | | 08/17/2004 12:49 | AA | 1646 | I | A524 | | APIS | | | MIA | PAP |
| GEILENFELD | MICHAEL | /1952 | P | | 08/04/2004 00:00 | AA | 803 | O | | Name No Name N | APIS | | | PAP | MIA |
| GEILENFELD | MICHAEL | /1952 | P | | 07/17/2004 15:38 | AA | 822 | I | A524 | | APIS | | | MIA | PAP |

**For Official Use Only / Law Enforcement Sensitive**



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

01/16/2020 10:36 EST                    Generated By: ▆▆▆▆▆▆▆                    Page 6 of 8

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GEILENFELD | MICHAEL | 1952 | P | | 05/14/2004 00:00 | AA | 803 | O | | Name No Name N | APIS | | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | | 05/13/2004 10:30 | NW | 1840 | I | A354 | ▆▆▆ | APIS | | | MSP | YXE |
| GEILENFELD | MICHAEL | 1952 | P | | 05/06/2004 12:59 | AA | 788 | I | A522 | ▆▆▆ | APIS | | | FLL | PAP |
| GEILENFELD | MICHAEL | 1952 | P | | 02/05/2004 12:12 | AA | 328 | I | A524 | ▆▆▆ | APIS | | | MIA | PAP |
| GEILENFELD | MICHAEL KARL | 1952 | P | | 11/27/2003 00:00 | AA | 703 | O | | Name No Name N | APIS | | | PAP | MIA |
| GEILENFELD | MICHAEL KARL | 1952 | P | | 11/07/2003 12:02 | AA | 328 | I | A524 | ▆▆▆ | APIS | | | MIA | PAP |
| GEILENFELD | MICHAEL | 1952 | P | | 10/20/2003 00:00 | AA | 803 | O | | Name No Name N | APIS | | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | | 10/01/2003 15:10 | AA | 1646 | I | A524 | ▆▆▆ | APIS | | CUSTOMS | MIA | PAP |
| GEILENFELD | MICHAEL | 1952 | P | | 07/25/2003 00:00 | AA | 703 | O | | Name No Name N | APIS | | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | | 06/16/2003 19:42 | AA | 808 | I | A524 | ▆▆▆ | APIS | | | MIA | PAP |
| GEILENFELD | MICHAEL | 1952 | P | | 05/26/2003 00:00 | AA | 657 | O | | Name No Name N | APIS | | | PAP | JFK |
| GEILENFELD | MICHAEL | 1952 | P | | 05/14/2003 18:48 | AA | 1272 | I | A473 | ▆▆▆ | APIS | | | JFK | PAP |
| GEILENFELD | MICHAEL | 1952 | P | | 12/11/2002 00:00 | AA | 377 | O | | Name No Name N | APIS | | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | | 12/11/2002 00:00 | AA | 377 | O | | Name No Name N | APIS | | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | | 12/03/2002 15:35 | AA | 1646 | I | 5206 | ▆▆▆ | APIS | | | MIA | PAP |
| GEILENFELD | MICHAEL | 1952 | P | | 10/22/2002 00:00 | AA | 1291 | O | | Name No Name N | APIS | | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | | 10/16/2002 18:04 | AA | 1908 | I | 5206 | ▆▆▆ | APIS | | | MIA | PAP |
| GEILENFELD | MICHAEL | 1952 | P | | 09/14/2002 00:00 | AA | 377 | O | | Name No Name N | APIS | | | PAP | MIA |
| GEILENFELD | MICHAEL | 1952 | P | | 08/28/2002 12:16 | AA | 328 | I | 5206 | ▆▆▆ | APIS | | | MIA | PAP |
| GEILENFELD | MICHAEL | 1952 | P | | 09/27/2001 19:41 | AA | 1908 | I | 5206 | ▆▆▆ | APIS | | | MIA | PAP |
| GEILENFELD | MICHAEL KARL | 1952 | P | | 07/06/2001 18:01 | AA | 1908 | I | 5206 | ▆▆▆ | APIS | | | MIA | PAP |
| GEILENFELD | MICHAEL | 1952 | P | | 06/22/2001 18:44 | AA | 1908 | I | 5206 | ▆▆▆ | APIS | | | MIA | PAP |

**Total Number of Records: 115**

**For Official Use Only / Law Enforcement Sensitive**



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

01/16/2020 10:36 EST  Generated By: ▇▇▇▇▇▇▇▇  Page 7 of 8

| Legend | |
|---|---|
| **Loc** | |
| **Codes** | **Value** |
| ORD | O'HARE INTERNATIONAL |
| SDQ | SANTO DOMINGO, LAS AMERICAS |
| PHX | SKY HARBOR INTL, PHOENIX |
| PUJ | PUNTA CANA, DOM REP |
| MIA | MIAMI INTL, FL |
| FLL | FORT LAUDERDALE, FL |
| YXE | SASKATOON, CANADA |
| CLT | DOUGLAS, CHARLOTTE |
| MSP | ST PAUL INTL |
| SJD | LOS CABOS |
| JFK | JOHN F KENNEDY INTL |
| IAH | HOUSTON INTERCONTINENTAL |
| STT | C.E. KING |
| LHR | LONDON / HEATHROW INTL |
| ATL | WILLIAM B HARTSFIELD |
| PAP | PORT AU PRINCE, MAIS GATE |
| SJU | SAN JUAN, LUIS MUNOZ MARIN INTL |

| Doc Type | |
|---|---|
| **Codes** | **Value** |
| P | P - PASSPORT |
| VN | VN - VISA NON-IMMIGRANT |

| Site Code |
|---|

**For Official Use Only / Law Enforcement Sensitive**



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

01/16/2020 10:36 EST                    Generated By: ▮▮▮▮▮▮▮▮                    Page 8 of 8

| Codes | Value |
|---|---|
| A524 | A524 - CBP-MIAMI, AIRPORT CNTRL TERML |
| A522 | A522 - CBP-FT LAUDERDALE, INTL APT T4 |
| A534 | A534 - CBP-HOUSTON, BUSH INTL AIRPORT |
| A520 | A520 - CBP-MIAMI, AIRPORT N TERMINAL |
| A354 | A354 - CBP-MINNEAPOLIS, TERMINAL 1 |
| A263 | A263 - CBP-PHOENIX, SKY HARBOR INTL |
| ABFT | ABFT - INS-MIAMI OGC *HIST* |
| A473 | A473 - NEW YORK, JFK AIRPORT, TERM 8 |
| A492 | A492 - CBP-SAN JUAN, MUNOZ MARIN IAP |
| A471 | A471 - NEW YORK, JFK AIRPORT, TERM 4 |
| A174 | A174 - CBP-ATLANTA, HARTSFIELD TERM F |
| A171 | A171 - CBP-ATLANTA, HARTSFIELD INTLAP |
| A52B | A52B - MIAMI, AIRPORT, GEN AVIATION |
| 5206 | 5206 - 5206 |

**For Official Use Only / Law Enforcement Sensitive**