# Ex. 5



The reporting writer, ▮▮▮▮▮ initiated an investigation on behalf of Attorney ▮▮▮▮▮

This report details the receipt of a court document obtained on June 2, 2017 at the courthouse in Port-au-Prince, Haiti.

DETAILS:

This report details the receipt of a court document obtained on June 2, 2017 at the courthouse in Port-au-Prince, Haiti. In sum and substance, the following information was obtained.

A request was made to the Haitian court in order to obtain a certified document attesting that there is an outstanding arrest warrant for Michael GEILENFELD dated October 29, 2015. The number assigned to this arrest warrant is 394.

A research was conducted in the court log book verifying the issuance of an arrest warrant for GEILENFELD on October 29, 2015. The charges are rape, sexual abuse, and identity theft.

Upon verifying the validity of the arrest warrant, the clerk's office from the courthouse in Port-au-Prince issued a certified document attesting the above facts and that the arrest warrant for Michael GEILENFELD is outstanding.

The arrest warrant and the certified attestation from the clerk's office at the courthouse in Port-au-Prince are attached to this report.

No further information was obtained.

Page | 1



**RÉPUBLIQUE D'HAITI**

# Ministère de la Justice et de la Sécurité Publique

*Parquet du Tribunal Civil de* ........Port-au-Prince........

No.......................................                          Le...2 juin........201 7.

### CERTIFICAT DE GREFFE

Par la présente, le greffe du Parquet près le Tribunal de Première Instance de Port-au-Prince certifie et atteste qu'un mandat d'amener enregistré au numéro 394 a été émis contre le nommé **Michael Geilenfeld** pour viol, agression sexuelle et usurpation de titre au préjudice de ████████████████████████ et consorts.

En foi de quoi ce certificat de greffe est valable ce que de droit.

Fait au greffe du Parquet, le 2 juin 2017

Me. Wilbert **RHAU**
Commis Greffier en chef

Case No. 1:24-mj-00012-MEH   Document 14-5   filed 01/31/24   USDC Colorado   pg 4 of 4







**LIBERTE**  **EGALITE**  **FRATERNITE**

### République d'Haïti
### AU NOM DE LA LOI
### Mandat D'amener

Le Commissaire du Gouvernement Près le Tribunal de Première Instance

de **PAUP** Requiert le Responsable du Commissariat de Police **Petion-Ville**

de prendre les mesures nécessaires aux fins de rechercher, conduire et amener devant lui au

parquet de ce ressort se conformant à la loi le (la) nommé (e) **Michael Geilenfeld**

demeurant et domicilié (e) à **Delmas 91**

prévenu (e) de **Viol, agression sexuelle et usurpation de titre**

Au préjudice de ████████████████████████████ **et consort**

fait prévu et puni par les dispositions du code pénal en son (ses) articles **278, 282 CP**

Parquet de **Port-au-Prince** le **29 Octobre** 2015

Le Commissaire du Gouvernement                    Le Substitut / Commissaire

---

Komisè Gouvènman Tribunal Sivil **Potoprens** la mande responsab

Komisarya Polis **Petyonvil** pou pran mesi ki nesesè pou chache kondwi e

mennen davan li nan Pakè **Potoprens** nan respè la lwa moun ki rele **Michael Geilenfeld** li rete **Delmas 91**

Pou tèt li fè ████████ **Kadomat epi li pran tit** kont moun ki rele

████████ **et konsòt** zak ki prevwa e pini pa atik **278, 282 CP** kòd penal la.

Pakè **Potoprens** dat **29 oktòb** 2015

Komisè Gouvenman an                         Sibstiti / Komisè a